3

AUSA  Robert Metzgar 313.226.0221
Special Agent  Joshua Edwards 313.226.0552

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
 v.

Renera CLOUD

Case:2:13-mj-30408
Judge: Unassigned,
Filed: 06-28-2013 At 01:49 PM
CMP: Renera Cloud

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 27, 2013 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(2)(A) | Defednant, knowing that an alien has not received prior official authorization to enter the United States, attempted to bring such alien, Matthews Masih, to the United States. |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Edwards, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __June 28, 2013__

City and state: __Detroit, Michigan__

_____
*Judge's Signature*

Laurie J. Michelson, Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:  Renera CLOUD

## AFFIDAVIT

The affiant being duly deposed and sworn states:

1.  I, Joshua K. Edwards, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), presently assigned to Detroit, Michigan.  I have been employed as a Special Agent for approximately the last 12 years.  As part of my duties as a HSI Special Agent, I investigate cases involving alien smuggling; and I have received training in this area.  I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program.  I have also received additional training from FLETC on investigating cases involving alien smuggling and human trafficking.  During the course of my duties I have been involved in numerous alien smuggling investigations. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and me from personal knowledge.

2.  On June 27, 2013, at approximately 5:57 p.m., at the Detroit Ambassador Bridge, in Detroit, Michigan, CBP Officer Y. Mohamed was performing inspectional duties at a primary inspection lane.  At that time, Officer Mohamed was approached by a Chrysler PT Cruiser bearing Michigan license plate CNM8256, driven by Renera CLOUD. Officer Mohamed observed only CLOUD in the vehicle and conducted the inspection believing she was the only occupant of the vehicle.  During a trunk inspection of the vehicle Officer Mohamed discovered a single male, later identified as Mathews Masih, concealed in the trunk area.  Masih was escorted to the secondary inspection area for further investigation.

3.  During a secondary search, Masih's valid British passport was found, showing his identity.  His name was queried through the Treasury Enforcement Communication System (TECS) revealing that he had been removed from the United States on or about July 5, 2000, from Detroit, Michigan; subsequent to his completing a sentence for armed robbery.

4.  Masih's fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Fingerprint Identification System (IDENT), which confirmed his identity.  The fingerprint records showed a conviction on or about March 15, 1993 at the 6th Circuit Court in Pontiac, Michigan for Armed Robbery.  The record indicated Masih was sentenced to serve 5 to 20 years confinement for that offense.  Fingerprint records also revealed Masih has been assigned an alien registration number with the Department of Homeland Security, file number XXX-XXX-430.

5. Immigration records show that Masih was ordered removed by an immigration judge in Detroit, Michigan, on or about August 7, 1997, subsequent to his armed robbery conviction, which is an aggravated felony. Immigration records also show that Masih was removed from the United States on or about July 5, 2000. Immigration records further show that the Masih has not been given the express consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

6. I responded to the Ambassador Bridge and initiated an interview with CLOUD at approximately 9:17 p.m. I advised CLOUD of her Miranda rights verbally and in writing. CLOUD agreed to waive her rights and answered questions without a lawyer being present. During the interview CLOUD stated that she first met Masih in high school when they were 15/16 years old. CLOUD stated that she reconnected with Mesih via Facebook approximately 4 years ago and began a romantic relationship online. CLOUD further stated that Mesih was living in England and was not allowed to come to the United States because of some legal problems. CLOUD said that Mesih wanted to come see her and visit his father who was having heart problems. CLOUD admitted she knew that Mesih had attempted to get permission to visit the United States from the United States Embassy in London, England, and that he was denied. CLOUD said she agreed to meet Mesih in Windsor, Canada, and bring him to the United States, in the trunk of her car. I asked CLOUD if Mesih was in the trunk hiding from the Customs and Border Protection Officer and she responded "Yes."

7. Therefore, based upon the aforementioned facts, I have probable cause to believe that Renera CLOUD, knowing that an alien has not received prior official authorization to enter the United States, attempted to bring such alien to the United States, in violation of Title 8 United States Code, Section 1324(a)(2)(A).

Joshua K. Edwards Special Agent
Homeland Security Investigations

Subscribed and sworn before me
This _____ day of June, 2013

Laurie J. Michelson
United States Magistrate Judge